AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MICHAEL CLEMENCE | ) | Case No. |
|  | ) | 21-mj-147-01-AJ |
|  | ) | |
|  | ) | |
|  | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 4, 2021__ in the county of __Strafford__ in the _____ District of __New Hampshire__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC §2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See the Affidavit of SA Ronald Morin

☒ Continued on the attached sheet.

/s/ Ronald Morin
*Complainant's signature*

Ronald Morin, Special Agent HSI
*Printed name and title*

Sworn to before me and signed in my presence.   ☒ via teleconference.

Date: **Jun 7, 2021**

Andrea K. Johnstone
*Judge's signature*

City and state: Concord, New Hampshire

Andrea K. Johnstone, US Magistrate Judge
*Printed name and title*