# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Michael Clemence

1:21-mj-147-01-AJ

**APPEARANCE/WITHDRAWAL**

| APPEARANCE | WITHDRAWAL |
|---|---|

Please enter my Appearance as:          Please withdraw my appearance as:

 X counsel for:                                           ___ counsel for:

    Michael Clemence

    31 Adams Avenue

    Rochester, NH 03867

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance has been forwarded by electronic mail through the ECF system on June 8, 2021 to Kasey Weiland, Esq.

    */s/ John P. Newman*
    John P. Newman, Esq.
    NHBA No.:  8820
    Newman Law Office, PLLC
    15 High Street
    Manchester, NH 03101
    (603) 935-5603
    john@newmanlawnh.com