AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

FILED - USDC -NH
2021 JUN 9 PM1:13

RECEIVED
JUN - 8 2021
US MARSHALS SERVICE

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 21-mj-147-01-AJ |
| MICHAEL CLEMENCE | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Michael Clemence ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18 USC §2252(a)(4)(B)  Possession of Child Pornography

Date: **Jun 7, 2021**

_Andrea K. Johnstone_
Issuing officer's signature

City and state: Concord, New Hampshire

Andrea K. Johnstone, US Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on *(date)* 6/8/21, and the person was arrested on *(date)* 6/7/21
at *(city and state)* Rochester

Date: 6/8/21

HSI/DHS
Arresting officer's signature

Printed name and title

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Michael Clemence

Known aliases: 

Last known residence: 31 Adams Avenue, Rochester, NH

Prior addresses to which defendant/offender may still have ties: 

Last known employment: 

Last known telephone numbers: 

Place of birth: United States

Date of birth: 11/30/1985

Social Security number: 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

Height: 5'10"     Weight: 135

Sex: male     Race: white

Hair: brown     Eyes: brown

Scars, tattoos, other distinguishing marks: 

History of violence, weapons, drug use: 

Known family, friends, and other associates *(name, relation, address, phone number)*: Elizabeth Clemence (wife)

FBI number: 

Complete description of auto: 

Investigative agency and address: HSI, Special Agent Ronald Morin

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: 

Date of last contact with pretrial services or probation officer *(if applicable)*: