UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
JUN 11 2021
FILED

USA

v.

Michael Clemence

Case # 21mj147-01-AJ

# EXHIBITS

OFFERED BY: Government   re: 6/11/2021 Detention hrg

| NUMBER/LETTER | DESCRIPTION |
|---|---|
| 1 | Images from thumb drive – sealed |
| 2 | Images from cell phone – sealed |
| 3a,b,c | Cruise photographs – sealed |
| | |
| | ALL EXHIBITS RETURNED TO THE GOVERNMENT |

USDCNH-25 (2-96)